# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2025-0533
Lower Tribunal No. 2022-CA-010105-O

_____

MCPICCOLA CORPORATION and SEBASTIAN VANELLA,

Appellants

v.

KINGYARD ASSETS III, LLC,

Appellee.

_____

Appeal from the Circuit Court for Orange County.
A. James Craner, Judge.

July 21, 2026

PER CURIAM.

AFFIRMED.

SMITH, BROWNLEE and PRATT, JJ., concur.


Brandon J. Stewart, of Stewart Legal, PLLC, Maitland, for Appellants.

Mauricio A. Torres, Eric M. Sodhi and Nathaniel M. Edenfield, of Sodhi Spoont, PLLC, Miami, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED